```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
Michael Gaffney,

                    Plaintiff,

        -against-                                18 Civ. 8770 (DAB)
                                                        ORDER
Muhammad Ali Enterprises LLC et al.,

                    Defendants.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

On September 12, 2019, the Court adjourned the conference scheduled for September 19, 2019 before this Court, based on the fact that the Parties expected to have their settlement conference before Judge Wang on October 29, 2019. However, based on ECF No. 24, where Judge Wang adjourned the settlement conference before her to Wednesday, December 18, 2019, the Parties clearly are not ready to appear before this Court. None of the Parties informed this Court of the adjournment of the settlement conference before Judge Wang.

The conference scheduled before this Court on November 21, 2019 at 11:00 a.m. is adjourned *sua sponte* and *sine die*. Once the Parties have had their settlement conference before Judge Wang, if no settlement is reached, the Parties are to contact this Court to reschedule the conference before this Court.

SO ORDERED.

DATED:    November 20, 2019
         New York, New York

_____
Deborah A. Batts
United States District Judge