**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MICHAEL GAFFNEY,               :
                               :
        Plaintiff,        :         No. 18-CV-8770 (GBD) (OTW)
                               :
        -against-       :             **ORDER**
                               :
MUHAMMAD ALI ENTERPRISES LLC, et al.,   :
                               :
        Defendants.     :
                               :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has now been referred to me for general pretrial. (ECF 33). Accordingly, the parties are directed to discuss potential ways to stage discovery as discussed at the February 26, 2020 settlement conference. By **March 24, 2020**, the parties shall file a detailed joint Rule 26(f) Report and Proposed Case Management Plan.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 10, 2020
      New York, New York

                                         **Ona T. Wang**
                           United States Magistrate Judge