```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL GAFFNEY,                           :
                                           :
                    Plaintiff,             :
                                           :    No. 18-CV-8770 (GBD) (OTW)
         -against-                         :
                                           :    **ORDER**
MUHAMMAD ALI ENTERPRISES LLC, et al.,      :
                                           :
                    Defendants.            :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the Rule 26(f) report filed by defendants unilaterally because plaintiff's attorneys did not respond to defendants' counsel regarding the report. (ECF 36). Parties and counsel are reminded that per the Federal Rules of Civil Procedure Rule 26 that parties must confer. Parties are directed to **file a joint Rule 26(f) report on April 15, 2020 after they meet and confer about the discovery plan.** If, for any reason, parties cannot file a joint Rule 26(f) report, parties shall file a status letter instead.

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby ordered that parties and counsel shall conduct work remotely. This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail).

Nothing in this Order prevents the parties from seeking to further modify the pretrial

schedule in light of the COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 25, 2020
New York, New York

**Ona T. Wang**
United States Magistrate Judge