UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MICHAEL GAFFNEY,

        Plaintiff,

        -against-

MUHAMMAD ALI ENTERPRISES LLC, et al.,

        Defendants.
------------------------------------------------------------x

No. 18-CV-8770 (DAB)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to appear on **September 17, 2020 at 4:00 pm** to discuss ECF 62, 65, and 69. Dial in: (866) 390-1828, access code 1582687. If Plaintiff has not yet produced to Defendants the requested spreadsheet, Plaintiff shall do so in advance of the conference.

Further, Plaintiff's attorney Anthony Davis is directed to consult Local Rule 1.4 and file a motion for withdrawal in accordance with Local Rule 1.4.

**SO ORDERED.**

Dated: August 26, 2020
New York, New York

         _s/ Ona T. Wang_
         **Ona T. Wang**
         United States Magistrate Judge