# FERDINAND IP
## LAW GROUP
IP | LICENSING | CORPORATE | LITIGATION | VALUATION

JESSICA S. RUTHERFORD
jutherford@fiplawgroup.com
Admitted in NY and CT

August 27, 2020

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *Gaffney v. Muhammad Ali Enterprises, LLC et al.*
      Civil Action No. 1:18-cv-08770-GBD-OTW

Dear Judge Wang,

      We represent Defendants Muhammad Ali Enterprises LLC ("MAE") and Authentic Brands Group LLC ("ABG") in the above-referenced action. We are writing pursuant to Your Honor's Individual Practice Rule I.e to request an adjournment of the conference scheduled for September 17, 2020 at 4:00 pm. Doc. No. 71. The reason for this request is that I am co-lead counsel in a JAMS arbitration hearing scheduled for September 15-23, 2020. This is MAE and ABG's first request for an adjournment of this conference. Plaintiff's counsel consented to this request.

      All counsel are available and propose that the conference be adjourned to any of the following dates or such other date at the Court's convenience: September 24, 25, 29 or 30, or October 1 or 2. Thank you for your consideration.

Application Granted. The Sept. 17, 2020 conference is hereby adjourned to **Sept. 24, 2020 at 4:00 pm**. Parties shall use the dial-in in ECF 71. The Clerk of Court is directed to close ECF 72. SO ORDERED.

/s/ Ona T. Wang   Aug. 27, 2020
U.S.M.J.

Respectfully submitted,

**FERDINAND IP, LLC**

/s/*Jessica S. Rutherford*
Jessica S. Rutherford
jrutherford@fiplawgroup.com
450 Seventh Avenue, Ste 1300
New York, New York 10123
(212) 220-0523

Cc: Plaintiff's counsel of record (via ECF)

FERDINANDIP.COM

**NEW YORK OFFICE**
450 7th Avenue
Suite 1300
New York, NY 10123
P +1 (212) 220 0523
F +1 (203) 905 6747

**WESTPORT OFFICE**
1221 Post Road East
Suite 302
Westport, CT 06880
P +1 (203) 557 4224
F +1 (203) 905 6747

**SAN DIEGO OFFICE**
2255 Avenida de la Playa
Suite 8
La Jolla, CA 92037
P +1 (858) 412 4515
F +1 (203) 905 6747

**SILICON VALLEY OFFICE**
800 W. El Camino Real
Mountain View, CA 94040
P +1 (650) 903 2201
F +1 (203) 905 6747