UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MUHAMMAD ALI ENTERPRISES LLC, ) <br> a New York Limited Liability Company, ) <br> and AUTHENTIC BRANDS GROUP LLC, ) <br> a New York Limited Liability Company, ) <br> ) <br> Defendants. ) | Civil Action No.: 1:18-cv-08770-GBD <br><br> Hon. George B. Daniels, U.S.D.J. <br> Hon. Ona T. Wang, U.S.M.J. <br><br> **NOTICE OF MOTION TO WITHDRAW UNDER LOCAL RULE 1.4 BY ANTHONY J. DAVIS, ESQ.** |

PLEASE TAKE NOTICE the undersigned moves this Court under Local rule 1.4 for an Order permitting to undersigned to withdraw as counsel for Plaintiff and that going forward Plaintiff Michael Gaffney will continue to be represented in this matter by Jack T. Spinella, Esq. of The Spinella Law Group who has been counsel of record since this action was filed as well as Robert Allen, Esq. and Tom Burke, Esq., both with the firm Glaser Weil Fink Howard Avchen & Shapiro LLP, and who are both counsel of record and admitted *pro hac vice*.

Plaintiff does not expect that withdrawal of current counsel will cause any disruption in this matter. Accordingly, pursuant to Local Rule 1.4, Plaintiff respectfully request that the Court order the withdrawal of the Anthony J. Davis, Esq. and no longer send him docketing notifications via the ECF system. The undersigned submits a Declaration in Support of this motion and in compliance with Local Rule 1.4.

Dated: August 28, 2020

/s/ *Anthony J. Davis*
Santomassimo Davis LLP
450 Seventh Avenue, Suite 2205
New York, NY 10123
Anthony J. Davis (AD8776)
Phone: (212) 972-0786
Fax:     (201) 712-9444
Withdrawing Attorney for
Plaintiff Michael Gaffney

{00561362 - 1}