UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>        Plaintiff,<br><br>vs.<br><br>MUHAMMAD ALI ENTERPRISES LLC,<br>a New York Limited Liability Company,<br>and AUTHENTIC BRANDS GROUP LLC,<br>a New York Limited Liability Company,<br><br>        Defendants. | Civil Action No.: 1:18-cv-08770-GBD<br><br>Hon. George B. Daniels, U.S.D.J.<br>Hon. Ona T. Wang, U.S.M.J.<br><br>**DECLARATION OF ANTHONY J. DAVIS IN SUPPORT OF MOTION TO WITHDRAW UNDER LOCAL RULE 1.4** |

I, Anthony J. Davis, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm of Santomassimo Davis LLP ("SDLLP"), one of the current counsel of record for Plaintiff Michael Gaffney in the above-captioned matter.

2. I make this Declaration in Support of my Motion to Withdraw as Counsel pursuant to Local Rule 1.4 of the Rules of this Court.

3. I do not believe Plaintiff will suffer any prejudice from my withdrawal as counsel in the above-captioned matter as Plaintiff will continue to be represented by Jack T. Spinella, Esq. who has been counsel of record since the inception of the case. Plaintiff will also continue to be represented by Robert Allen, Esq. and Tom Burke, Esq., both with the firm Glaser Weil Fink Howard Avchen & Shapiro LLP, and who are both counsel of record and admitted *pro hac vice*.

4. The above counsel have been and will continue to represent Plaintiff including at the upcoming conference that was adjourned at the request of Defendants' counsel and is now scheduled for September 24, 2020 [Dkt 73].

{00561363 - 1}

5. I have informed Plaintiff that I intend to move to withdraw as counsel.

6. Plaintiff consented to the filing of this motion and my withdrawal.

7. I am not retaining or charging a lien.

8. I am serving Plaintiff with a copy of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2020

/s/ Anthony J. Davis
Santomassimo Davis LLP
450 Seventh Avenue, Suite 2205
New York, NY 10123
Anthony J. Davis (AD8776)
Phone: (212) 972-0786
Fax:    (201) 712-9444
Withdrawing Attorney for
Plaintiff Michael Gaffney

{00561363 - 1}