**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
MICHAEL GAFFNEY,                            :
                                            :
                    Plaintiff,              :      18-CV-8770 (GBD) (OTW)
                                            :
         -against-                          :      ORDER
                                            :
MUHAMMAD ALI ENTERPRISES LLC, et al.,       :
                                            :
                    Defendants.             :
                                            :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The previously ordered expert discovery end date, August 15, 2021, shall remain. *See* ECF 101. There shall be no extensions absent consent *and* extraordinary good cause. The parties are directed to file a joint status letter on July 1, 2021.

**SO ORDERED.**

Dated: May 24, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge