UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL GAFFNEY,                                  :
                                                  :
                Plaintiff,           :          No. 18-CV-8770 (GBD) (OTW)
                                                  :
       -against-                                 :                **ORDER**
                                                  :
MUHAMMAD ALI ENTERPRISES LLC, et al.,             :
                                                  :
                Defendants.          :
                                                  :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to file a joint discovery status letter no later than September 3, 2021. In that letter, the parties shall inform the Court whether: (1) either party intends to move for summary judgment; and (2) the parties consent to conduct all proceedings, including a trial, before the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and file such form on the docket by September 3, 2021.

      **SO ORDERED.**

                                                                                  *s/ Ona T. Wang*
Dated: August 3, 2021                                                      **Ona T. Wang**
       New York, New York                                      United States Magistrate Judge