UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL GAFFNEY,

        Plaintiff,

    -against-

MUHAMMAD ALI ENTERPRISES LLC, et al.,

        Defendants.
------------------------------------------------------------x

No. 18-CV-8770 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff's request that 20-CV-07113 (GBD) (OTW) and this case be consolidated is **GRANTED**. (ECF 108). The Court adopts the parties' proposed summary judgment briefing schedule in ECF 108:

- October 15, 2021 – Both parties' opening briefs due
- November 5, 2021 – Both parties' opposition briefs due
- November 19, 2021 – Both parties' reply briefs due

The parties are directed to file a joint letter by **September 30, 2021** as to whether they wish to schedule another settlement conference.

**SO ORDERED.**

Dated: September 9, 2021
New York, New York

                         *s/ Ona T. Wang*
                          **Ona T. Wang**
                 United States Magistrate Judge