# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Thomas P. Burke Jr.

September 30, 2021

**Direct Dial**
310.556.7807
**Direct Fax**
310.843.2607
**Email**
tburke@glaserweil.com

<u>**VIA ECF**</u>

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Gaffney v. Muhammad Ali Enterprises, LLC, et al.*
      <u>Civil Action No. 1:18-cv-08770-GBD-OTW</u>

Dear Judge Wang:

      Pursuant to the Court's September 9, 2021 Order (Dkt. No. 109) directing the parties to file a joint letter by September 30, 2021 as to whether they wish to schedule another settlement conference, the parties have met and conferred and wish to inform the Court that they do not believe another settlement conference would be productive at this time.

Respectfully submitted,

<u>/s/ Thomas P. Burke Jr.</u>
THOMAS P. BURKE JR.
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Fl.
Los Angeles, CA 90067
Phone: (310) 553-3000
tburke@glaserweil.com

*Attorneys for Plaintiff Michael Gaffney*

<u>/s/ Jessica S. Rutherford</u>
JESSICA S. RUTHERFORD
FERDINAND IP, LLC
450 Seventh Avenue, Suite 1300
New York, NY 10123
Phone: (212) 220-0523
jrutherford@fiplawgroup.com

*Attorneys for Defendants MAE and ABG*