UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL GAFFNEY,

                 Plaintiff,

-against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; ROOTS OF,
INC., d/b/a ROOTS OF FIGHT; and DOES 1-10,

                 Defendants.

------------------------------------x

ORDER

18 Civ. 08770 (GBD)(OTW)

GEORGE B. DANIELS, United States District Judge:

    Defendants' request to file a redacted version of Exhibit A to the Declaration of Jessica Rutherford, Esq., (ECF No. 121), is GRANTED. Defendants' unredacted version of Exhibit A to the Declaration of Jessica Rutherford, Esq., (ECF NO. 123), is to remain sealed.

    Plaintiff's request to file redacted versions of Exhibits 3, 4, 9, and 11 to the Declaration of Robert E. Allen, (ECF No. 129), is GRANTED. Plaintiff's unredacted version of Exhibits 3, 4, 9, and 11 to the Declaration of Robert E. Allen, (ECF No. 130), is to remain sealed.

    The Clerk of Court is directed to close the letter motions, (ECF Nos. 121 and 129), accordingly.

Dated: New York, New York
       October 19, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge