# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Thomas P. Burke Jr.

**Direct Dial**
310.556.7807
**Direct Fax**
310.843.2607
**Email**
tburke@glaserweil.com

November 5, 2021

NOV 0 3 2021

**VIA ECF**

Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 100067

Re:  Gaffney v. Muhammad Ali Enterprises, LLC, et al.
     Civil Nos. 1:18-cv-08770-GBD-OTW; 1:20-cv-07113

SO ORDERED:

*George B Daniels* (signature)
George B. Daniels, U.S.D.J.
Dated: NOV 0 8 2021

## UNOPPOSED LETTER MOTION FOR SEALING OF EXHIBITS

Dear Judge Daniels:

Plaintiff Michael Gaffney respectfully submits this unopposed letter motion for approval to file Exhibits 15, 16, 17, 18, 19, and 21 to the Declaration of Thomas P. Burke Jr. (Dkt. No. 137-1) filed in support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment. (Dkt. No. 137.) Counsel for the parties met and conferred by email on November 5, 2021, and agreed to file these exhibits under seal.

Plaintiff has filed placeholders for Exhibits 15, 16, 17, 18, 19, and 21 on the public docket in support of its Opposition to Defendants' Motion for Partial Summary Judgment. These exhibits contain commercially sensitive information of Defendants, including sales figures, royalty rates, and the identities of sublicensees. Plaintiff has agreed and stipulated that sealing these Exhibits is appropriate at this time, and requests that the Court allow the public documents to remain sealed for the reasons detailed in Defendants' previous letter motion. (Dkt. No. 121.) The information contained in these Exhibits is of a similar nature to that which the Court ordered to remain sealed on October 20, 2021. (Dkt. No. 131.)

In connection with this letter motion, Plaintiff is filing a unredacted versions of the exhibits to the Declaration of Thomas P. Burke under seal. Plaintiff respectfully requests that these unredacted versions remain under seal.

Honorable George B. Daniels
November 5, 2021
Page 2

Respectfully,

/s/ *Thomas P. Burke Jr.*

THOMAS P. BURKE JR.
for GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

TPB:tpb

2069443.1