# FERDINAND IP
## LAW GROUP
IP | LICENSING | CORPORATE | LITIGATION | VALUATION

Jessica S. Rutherford
jrutherford@fiplawgroup.com
Admitted in NY and CT



NOV 0 9 2021

November 5, 2021

**VIA ECF**
Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: *Gaffney v. Muhammad Ali Enterprises, LLC et al.*
> Civil Action Nos. 1:18-cv-08770-GBD-OTW; 1:20-cv-07113
> **DEFENDANTS' MOTION FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUMMARY ADJUDICATION**

Dear Judge Daniels,

Pursuant to the Court's Individual Rules and Practices § IV.D, Defendants Muhammad Ali Enterprises LLC ("MAE") and Authentic Brands Group LLC ("ABG") (collectively the "Muhammad Ali Entities") respectfully request that oral argument be heard on Plaintiff Michael Gaffney's Motion for Partial Summary Judgment and Summary Adjudication in the above-captioned matter.

Respectfully submitted,

**FERDINAND IP, LLC**

/s/*Jessica S. Rutherford*
Jessica S. Rutherford

cc: All counsel of record (via ECF)

**SO ORDERED**

The oral argument is scheduled for
January 26, 2022 at 10:30 a.m.

NOV 0 9 2021

*George B Daniels*
HON. GEORGE B. DANIELS

---

**FERDINANDIP.COM**

| NEW YORK OFFICE | WESTPORT OFFICE | SAN DIEGO OFFICE | SILICON VALLEY OFFICE |
|---|---|---|---|
| 450 7th Avenue | 1221 Post Road East | 2255 Avenida de la Playa | 800 W. El Camino Real |
| Suite 1300 | Suite 302 | Suite 8 | Mountain View, CA 94040 |
| New York, NY 10123 | Westport, CT 06880 | La Jolla, CA 92037 | P +1 (650) 903 2201 |
| P +1 (212) 220 0523 | P +1 (203) 557 4224 | P +1 (858) 412 4515 | F +1 (203) 549 2339 |
| F +1 (203) 549 2339 | F +1 (203) 549 2339 | F +1 (203) 549 2339 | |