**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

MICHAEL GAFFNEY,

                    Plaintiff,

    -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; ROOTS OF,
INC., d/b/a ROOTS OF FIGHT; and DOES 1-10,

                    Defendants.

------------------------------------------x

ORDER

18 Civ. 08770 (GBD)(OTW)
20 Civ. 07113 (GBD)(OTW)

GEORGE B. DANIELS, United States District Judge:

A pretrial conference is scheduled on October 25, 2022, at 10:15 A.M.

Dated: New York, New York
       September 12, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge