UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICHAEL GAFFNEY,                                   :
                                                   :
                          Plaintiff,               :
                                                   :          MEMORANDUM DECISION
          -against-                                :            AND ORDER
                                                   :
MUHAMMAD ALI ENTERPRISES LLC;                      :          18 Civ. 08770 (GBD) (OTW)
AUTHENTIC BRANDS GROUP LLC;                        :          20 Civ. 07113 (GBD) (OTW)
ROOTS OF, INC., *d/b/a* ROOTS OF FIGHT;            :
and DOES 1-10,                                     :
                                                   :
                          Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

     The February 28, 2023 pre-trial conference is adjourned until April 5, 2023 at 10:00 a.m.


Dated:   February 24, 2023
         New York, New York

                                            SO ORDERED.

                                            *George B. Daniels*

                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE