UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MICHAEL GAFFNEY,

                Plaintiff,

  -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC;
ROOTS OF, INC., *d/b/a* ROOTS OF FIGHT;
and DOES 1-10,

                Defendants.

------------------------------------x

MEMORANDUM DECISION
AND ORDER

18 Civ. 08770 (GBD) (OTW)
20 Civ. 07113 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    The April 5, 2023 pre-trial conference is adjourned until June 13, 2023 at 10:00 a.m.

Dated: March 13, 2023
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE