**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
MICHAEL GAFFNEY,                                            :
                                                            :
                              Plaintiff,                    :     18-CV-8770 (GBD) (OTW)
                                                            :     20-CV-7113 (GBD) (OTW)
            -against-                                       :
                                                            :             ORDER
MUHAMMAD ALI ENTERPRISES LLC, et al.,                       :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion for a pre-motion discovery conference. (ECF 197). Plaintiff's letter motion is **DENIED** as untimely and moot. (*See* ECF 198).

The Clerk of Court is respectfully directed to close ECF 197.

**SO ORDERED.**

Dated: May 22, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge