UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL GAFFNEY,

                      Plaintiff,

   -against-                                        ORDER

MUHAMMAD ALI ENTERPRISES LLC;        18 Civ. 08770 (GBD) (OTW)
AUTHENTIC BRANDS GROUP LLC;          20 Civ. 07113 (GBD) (OTW)
ROOTS OF, INC., *d/b/a* ROOTS OF FIGHT;
and DOES 1-10,

                      Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated on the record at the June 13, 2023 pre-trial conference, Plaintiff's motion to correct the record (ECF No. 193 in 18-cv-8770; ECF No. 80 in 20-cv-7113) is DENIED.

    The Clerk of Court is directed to close the open motions at ECF No. 193 in 18-cv-8770 and ECF No. 80 in 20-cv-7113.

Dated: June 13, 2023
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE