# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>        Plaintiff,<br><br>        v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a "ROOTS OF FIGHT;" and DOES 1-10,<br><br>        Defendants. | Civil Action No. 1:18-cv-08770-GBD-OTW<br><br>Civil Action No. 1:20-cv-07113-GBD-OTW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATING TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-5** |

2366817.1

Plaintiff Michael Gaffney ("Gaffney") and Defendants Muhammad Ali Enterprises LLC and Authentic Brands Group LLC ("Defendants"), by and through their undersigned counsel, respectfully submit the following Joint Stipulation and Proposed Order To Extend Deadlines Relating To Defendants' Motions *In Limine* Nos. 1-5.

WHEREAS, Defendants filed Motions *In Limine* Nos. 1-5 ("Motions") on December 19, 2023;

WHEREAS, under Local Rule 6.1(b), Plaintiff's oppositions to the Motions are currently due on January 2, 2024, and Defendants' replies in support of the Motions are currently due on January 9, 2024;

WHEREAS, the parties have conferred and agreed to seek an extension of these deadlines to January 12, 2024 and January 24, 2024, respectively, due to deadlines in other cases and various pre-planned commitments around the holidays; and

WHEREAS, a pre-trial conference is scheduled for February 7, 2024, and trial is scheduled to commence on March 4, 2024.

THE FOLLOWING IS HEREBY STIPULATED AND AGREED TO by and between the parties and their counsel:

1. Plaintiff's opposition to Defendants' Motions *In Limine* Nos. 1-5 shall be due on January 12, 2024;

2. Defendants' replies in support of their Motions *In Limine* Nos. 1-5 shall be due on January 24, 2024.

**STIPULATED AND AGREED TO:**

Date:  December 20, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Robert E. Allen<br>Robert E. Allen (*pro hac vice*)<br>Lawrence M. Hadley (*pro hac vice*)<br>Jason C. Linger (*pro hac vice*)<br>GLASER WEIL FINK HOWARD JORDAN &<br>  SHAPIRO LLP<br>10250 Constellation Blvd., 19th Fl.<br>Los Angeles, CA 90067<br>Telephone: (310) 282-6280<br>Email: rallen@glaserweil.com<br>Email:  lhadley@glaserweil.com<br>Email:  jlinger@glaserweil.com | /s/ Jessica S. Rutherford<br>Jessica S. Rutherford, Esq.<br>Edmund J. Ferdinand, III, Esq.<br>Kathleen B. Moore, Esq.<br>Alexander R. Malbin, Esq.<br>FERDINAND IP, LLC<br>450 Seventh Avenue, Suite 1300<br>New York, NY 10123<br>Phone: (212) 220-0523<br>Fax: (203) 549-2339<br>jrutherford@fiplawgroup.com<br>jferdinand@fiplawgroup.com<br>kmoore@fiplawgroup.com<br>amalbin@fiplawgroup.com<br><br>*Attorneys for Defendants* |
| Jack Spinella<br>Spinella Law Group, LLC<br>425 Madison Avenue<br>New York, New York 10123<br>Telephone:  (908) 947-2336<br>jspinella@spinellalawgroup.com<br><br>*Attorneys for Plaintiff* | |

**SO ORDERED:**

_____
Hon. George B. Daniels
United States District Judge