# EXHIBIT 3

**[Exhibit K to Sedlik Report]**

**EXHIBIT K**

**Market Rates: Agencies - Average Market Rates, Per License Type**

| License Type | Use | Format | Circulation | Territory | Duration | AP Image # 13041511680 | Getty Image# 51763479 | Magnum Image # ABA1974018K007 | Redux Image # 10.01652981 | Average Market Rate, Per Year |
|---|---|---|---|---|---|---|---|---|---|---|
| DigMed_SocMedia_1yr | Digital Media | Social Media | More than 1 million followers. | Worldwide | 1 year | $650.00 | $4,390.00 | $5,000.00 | $5,000.00 | $3,760.00 |
| Ret_Prints-Posters_100K | Retail, product and packaging. | Prints, Posters, Canvas prints | Up to 100K | Worldwide | 1 year | $900.00 | $3,235.00 | $15,000.00 | N/A | $6,378.33 |
| Ret_Apparel_100K_1yr | Retail, product and packaging. | Apparel | Up to 100K | Worldwide | 1 year | $750.00 | $2,910.00 | $10,000.00 | N/A | $4,553.33 |