# EXHIBIT 4

**[Exhibit L to Sedlik Report]**

**EXHIBIT L**

**Market Rates: Agencies - Licenses and Actual Damages, by License Number**

| License # | Image # | Usage # | License Type | License Type Description | License Units | Average Market Rate, Per Year | Total Actual Damages |
|---|---|---|---|---|---|---|---|
| L026 | I32 | U143 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |
| L027 | I04 | U144 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |
| L028 | I05 | U145 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 1 | $6,378.33 | $6,378.33 |
| L029 | I05 | U146 | Ret_Apparel_100K_1yr | Retail, product and packaging; Apparel; Up to 100K; Worldwide; 1 year | 4 | $4,553.33 | $18,213.33 |
| L030 | I07 | U147 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |
| L031 | I10 | U148 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |
| L032 | I08 | U149 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |
| L033 | I31 | U150 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |
| L034 | I07 | U151 | Ret_Apparel_100K_1yr | Retail, product and packaging; Apparel; Up to 100K; Worldwide; 1 year | 4 | $4,553.33 | $18,213.33 |
| L035 | I09 | U152 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |
| L036 | I29 | U153 | Ret_Prints-Posters_100K_1yr | Retail, product and packaging; Prints, Posters, Canvas prints; Up to 100K; Worldwide; 1 year | 4 | $6,378.33 | $25,513.33 |