# EXHIBIT 5

**[Exhibit N to Sedlik Report]**

**EXHIBIT N**



**I04: Ali-008**

**Muhammad Ali in the Locker Room**

This photograph of Ali is unique for his relaxed smile despite the pressure minutes before the Earnie Shavers fight. There were other photographers in the pre fight locker room, however, the photographers were cleared out and only a TV film crew was there when I captured this image. This photo of Ali was used by Authentic Brands Group as the official obituary image that they posted on their social media sites in 2016, 2017 and 2018 to commemorate Ali's passing. The image is described in my book "*The Champ*" on page 17.

"The Champ relaxes in the locker room before the Shavers fight. He was calm, cool and confident because he had put in three months of sparring, training and road work. He knew he was ready."

> *I'm as confident as I say, and I'm better than I say I am.*
> Muhammad Ali



**I09: Ali-017**
**Muhammad Ali, Hands of the Boxer**

This photograph of Ali taping his hands is unique. No other photographer made this same photograph. The dramatic lighting from the TV lights emphasizes a rare documentation of the 'tools of his trade' for the Greatest fighter in history. There is a description for this photo on page 27 in my book, "*The Champ.*"

These hands changed the world of boxing. The greatest lateral movement and the fastest hand speed and foot speed had never been seen before in a heavyweight fighter. Ali's speed, durability, heart and ring generalship were among the best ever. These hands that won 56 fights, 37 by knockout with 5 losses, are being taped before the Earnie Shavers fight at Madison Square Garden.