# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>  Plaintiff,<br><br>  v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a "ROOTS OF FIGHT;" and DOES 1-10,<br><br>  Defendants. | Civil Action No. 1:18-CV-08770-GBD-OTW<br><br>Civil Action No. 1:20-CV-07113-GBD-OTW |

**DECLARATION OF JASON C. LINGER, ESQ. IN SUPPORT OF PLAINTIFF MICHAEL GAFFNEY'S OPPOSITION AND RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 5 REGARDING THE OPINION TESTIMONY OF PROFESSOR JEFFREY SEDLIK**

2370962.1

I, Jason C. Linger, Esq, am an associate in the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP, which represents Plaintiff Michael Gaffney ("Gaffney") in this action. I submit this declaration in support of Gaffney's Opposition to Defendants' Motion *In Limine* No. 5 regarding the opinion testimony of Professor Jeffrey Sedlik.

1. Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the Confidential Preliminary Expert Report of Professor Jeffrey Sedlik, dated and submitted on June 30, 2021 ("Sedlik Report").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of January, 2024 at Los Angeles, California.

By: /s/ *Jason C. Linger*
         Jason C. Linger

2370962.1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2024, a true and correct copy of the foregoing **DECLARATION OF JASON C. LINGER, ESQ. IN SUPPORT OF PLAINTIFF MICHAEL GAFFNEY'S OPPOSITION AND RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 5 REGARDING THE OPINION TESTIMONY OF PROFESSOR JEFFREY SEDLIK** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Robert E. Allen*
                                        Robert E. Allen

2370962.1