Jessica S. Rutherford, Esq.
Edmund J. Ferdinand, III, Esq.
Kathleen Moore, Esq.
FERDINAND IP, LLC
450 Seventh Avenue
Suite 2300
New York, NY 10123
Phone: (212) 220-0523
Fax:    (203) 549-2339
jrutherford@fiplawgroup.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MICHAEL GAFFNEY,<br><br>                    Plaintiff,<br><br>       v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a/ "ROOTS OF FIGHT;" and DOES 1-10,<br><br>                    Defendants. | Civil Action Nos. 1:18-cv-08770-GBD-OTW;<br>                   1:20-cv-07113-GBD-OTW<br><br>**DEFENDANTS' NOTICE OF MOTION IN *LIMINE* NO. 6 TO EXCLUDE PLAINTIFF'S TRIAL EXHIBITS 8, 13, 32 AND 36** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Jessica S. Rutherford, Esq. and Exhibits thereto, and upon all prior papers and pleadings herein, defendants Muhammad Ali Enterprises LLC and Authentic Brands Group LLC ("the Muhammad Ali Entities") will move this Court, before the Honorable George B. Daniels, U.S.D.J., in Courtroom 11A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, at the final pretrial conference on February 7, 2024 at 10:00 a.m. or

as soon thereafter as the matter can be heard, for an Order to exclude Plaintiff's Trial Exhibits 8,

13, 32, and 36.

Dated: January 24, 2024

Respectfully submitted,

By: /s/ Jessica S. Rutherford
Jessica S. Rutherford
FERDINAND IP, LLC
450 Seventh Avenue
Suite 2300
New York, NY 10123
Phone: (212) 220-0523
Fax: (203) 905-6747
jrutherford@fiplawgroup.com


## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2024, a true and correct copy of the foregoing

MOTION IN *LIMINE* NO. 6 by DEFENDANTS MUHAMMAD ALI ENTERPRISES LLC and

AUTHENTIC BRANDS GROUP LLC was filed electronically. Notice of this filing will be sent

by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone

unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may

access this filing through the Court's CM/ECF System.

/s/ Jessica S. Rutherford

Jessica S. Rutherford