UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL GAFFNEY,

                     Plaintiff,

   -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC;
ROOTS OF, INC., *d/b/a* ROOTS OF FIGHT;
and DOES 1-10,

                    Defendants.

------------------------------------x

ORDER

18 Civ. 08770 (GBD) (OTW)
20 Civ. 07113 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

The March 4, 2024 trial is adjourned to September 16, 2024, at 9:45 a.m. The Clerk of Court is directed to close the open letter motion at ECF No. 266 in 18-cv-8770 and ECF No. 147 in 20-cv-7113.

Dated: February 15, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE