UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL GAFFNEY,

               Plaintiff,

   -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; ROOTS
OF, INC., *d/b/a* ROOTS OF FIGHT; and DOES 1-10,

               Defendants.

------------------------------------x

ORDER

18 Civ. 8770 (GBD) (OTW)
20 Civ. 7113 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

   A pretrial conference is scheduled for September 9, 2024 at 10:00 a.m.

Dated: New York, New York
       September 4, 2024

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge