UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL GAFFNEY,

                Plaintiff,

   -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; ROOTS
OF, INC., *d/b/a* ROOTS OF FIGHT; and DOES 1-
10,

                Defendants.

------------------------------------x

ORDER

18 Civ. 8770 (GBD) (OTW)
20 Civ. 7113 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's counsel's request to participate remotely at the September 9, 2024 pretrial conference (ECF No. 291[1]) is GRANTED. The Court will call Plaintiff's counsel from the courtroom. In advance of the pretrial conference, Plaintiff's counsel is directed to provide the Court with the most convenient phone number to dial.

Dated: New York, New York
       September 5, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] All ECF citations included herein refer to documents filed on the 18-cv-8770 docket.