UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>           Plaintiff,<br><br>      v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a "ROOTS OF FIGHT;" and DOES 1-10,<br><br>                         Defendants. | Civil Action No. 1:18-CV-08770-GBD-OTW<br><br>Civil Action No. 1:20-CV-07113-GBD-OTW<br><br>Hon. George B. Daniels |

**NOTICE OF ERRATA RE [DOCKET 310] PLAINTIFF MICHAEL GAFFNEY'S<br>NOTICE OF ELECTION OF STATUTORY DAMAGES**

On September 24, 2024, Plaintiff Michael Gaffney ("Gaffney") submitted his Notice of Election of Statutory Damages [ECF 310, "Notice of Election"].

After the filing was completed, counsel for Gaffney discovered that the Notice of Election was inadvertently omitted and replaced by an incorrect document in the September 24, 2024 filing [ECF 310]. Shortly thereafter, counsel for Gaffney re-filed the Notice of Election of Statutory Damages [ECF 311, attached hereto as Exhibit A.]

Counsel hereby and herewith submits to the Court Exhibit A together with this Notice.

Dated: September 25, 2024

Respectfully submitted,

By: /s/ Robert E. Allen
Robert E. Allen (*pro hac vice*)
Lawrence M. Hadley (*pro hac vice*)
Jason C. Linger (*pro hac vice*)
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Bl., 19th Fl.
Los Angeles, CA 90067
Telephone: 310.553.3000
rallen@glaserweil.com
lhadley@glaserweil.com
jlinger@glaserweil.com

Jack Spinella
Spinella Law Group, LLC
425 Madison Avenue
New York, NY 10123
Telephone: 908.947.2336

*Attorneys for Plaintiff Michael Gaffney*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2024, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Robert E. Allen*
                                                Robert E. Allen

# EXHIBIT A

**GlaserWeil**

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Robert E. Allen

**Direct Dial**
310.282.6280
**Direct Fax**
310.785.3580
**Email**
rallen@glaserweil.com

September 22, 2024

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Gaffney v. Muhammad Ali Enterprises, LLC et al.
Civil Action Nos. 1:18-cv-08770-GBD-OTW; 1:20-cv-07113
LETTER REGARDING NOTICE OF ELECTION OF STATUTORY DAMAGES

Dear Judge Daniels:

Pursuant to 17 U.S.C. § 504(c), Plaintiff Michael Gaffney respectfully elects the award of $1.65 Million in statutory damages in this copyright infringement action against Muhammad Ali Enterprises, LLC et al., for the 11 photographs at issue in the case that were eligible for such damages, specifically the following 11 photographs:

- Ali-001.JPG
- Ali-002.JPG
- Ali-004.JPG
- Ali-005.JPG
- Ali-006.JPG
- Ali-007.JPG
- Ali-010.JPG
- Ali-012.jJPG
- Ali-015.JPG
- Ali-016.JPG
- Ali-017.JPG

Respectfully submitted,

ROBERT E. ALLEN
of GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP