UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL GAFFNEY,

                  Plaintiff,

-against-

MUHAMMAD ELI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; LVMH MOET
HENNESSY LOUIS VUITTON, INC., d/b/a/ TAG
HEUER; ROOTS OF, INC., d/b/a ROOTS OF FIGHT;
and DOES 1-10,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**VERDICT FORM**

18. Civ. 8770 (GBD) (OTW)
20 Civ. 7113 (GBD) (OTW)

1. Did Plaintiff prove by a preponderance of the evidence that, under the U.S. Copyright Act, Defendants directly infringed upon Plaintiff's copyrights by copying or creating derivative works from Plaintiff's photographs?

    ✓ YES  ___ NO

2. Did Plaintiff prove by a preponderance of the evidence that, under the U.S. Copyright Act, Defendants vicariously infringed upon Plaintiff's copyrights due to Defendants' Licensees' copying or creating derivative works from Plaintiff's photographs?

    ✓ YES  ___ NO

3. Did Plaintiff prove by a preponderance of the evidence that, under the U.S. Copyright Act, Defendants contributorily infringed upon Plaintiff's copyrights due to Defendants' Licensees' copying or creating derivative works from Plaintiff's photographs?

    ✓ YES  ___ NO

*If you answered "yes" to any question above, proceed to questions 4–7.*
*If you answered "no" in response to every previous question, proceed no further and sign at the bottom.*

*Sasha Brennan* (signature)

1

## ACTUAL DAMAGES

4. What amount of actual damages, if any, do you award as fair compensation for the injuries suffered by Plaintiff?

    $ 362,665.00

## INFRINGEMENT PROFITS

5. What amount of Defendants' profits, if any, not included in actual damages awarded, do you award as fair compensation for the injuries suffered by Plaintiff?

    $  750,000.00

## STATUTORY DAMAGES

6. Did the Defendants act willfully with regard to any of the following photos when they engaged in acts that infringed Plaintiff's copyright? (Ali-001, Ali-002, Ali-004, Ali-005, Ali-006, Ali-007, Ali-010, Ali-012, Ali-015, Ali-016, Ali-017).

    ✓ YES    ___ NO

7. What amount of statutory damages, if any, do you award to Plaintiff?

    $ 1,650,000.00

Dated: This 23 day of September, 2024

_Sasha Brenman_
Signature of Foreperson