UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MICHAEL GAFFNEY,

                Plaintiff,

    -against-                             **JUDGMENT**

MUHAMMAD ALI ENTERPRISES LLC;       18 Civ. 8770 (GBD) (OTW)
AUTHENTIC BRANDS GROUP LLC; ROOTS  20 Civ. 7113 (GBD) (OTW)
OF, INC., *d/b/a* ROOTS OF FIGHT; and DOES 1-
10,

                Defendants.
------------------------------------ X

GEORGE B. DANIELS, United States District Judge:

    WHEREAS, on September 23, 2024, a jury found in favor of Plaintiff Michael Gaffney against Defendants Muhammad Ali Enterprises and Authentic Brands Group;

    WHEREAS, on September 23, 2024, the jury awarded Plaintiff a total amount of $1,122,665, comprising of $362,665 based on actual damages and $750,000 based on Defendants' profits;

    WHEREAS, on September 23, 2024, the jury awarded Plaintiff, as an alternative to actual damages and profits, $1,650,000 in statutory damages, based on a finding of willful infringement;

    WHEREAS, on July 10, 2025, this Court reduced the jury's award of profits to $4,649.60 and preserved the jury's award of statutory damages (Mem. Decision and Ord., ECF No. 352);

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff has judgment against Defendants Muhammad Ali Enterprises and Authentic Brands Group in the sum of $367,314.60, plus any post-judgment interest at the statutory rate, should Plaintiff elect actual damages plus profits. In the alternative, Plaintiff has judgment against

Defendants Muhammad Ali Enterprises and Authentic Brands Group in the sum of $1,650,000, plus any post-judgment interest at the statutory rate, should Plaintiff elect statutory damages.

The Clerk of Court is directed to close the above-captioned case.

Dated: August 11, 2025
      New York, New York

SO ORDERED.

AUG 1 2 2025

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE