UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MICHAEL GAFFNEY,

                        Plaintiff,

   -against-

MUHAMMAD ALI ENTERPRISES LLC;
AUTHENTIC BRANDS GROUP LLC; ROOTS OF,
INC., d/b/a ROOTS OF FIGHT; and DOES 1-10,

                       Defendants.
------------------------------------x

**ORDER FOR PERMANENT INJUNCTION**

20 Civ. 7113 (GBD)(OTW)
18 Civ. 8770 (GBD)(OTW)

      **WHEREAS**, on September 23, 2024, a jury found that (1) Plaintiff Michael Gaffney ("Gaffney") had shown that Defendants Authentic Brands Group and Muhammad Ali Enterprises (individually and collectively, "ABG") engaged in direct, vicarious, and contributory copyright infringement of Gaffney's 23 photographs at issue in this case (the "Photographs"); and (2) ABG had engaged in willful copyright infringement (Verdict Form, ECF No. 313);

      **IT IS HEREBY ORDERED**, as follows:

1. ABG and ABG's agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert with them, are hereby permanently enjoined from using, distributing, reproducing, or preparing derivative works of Gaffney's 23 Photographs.

2. ABG, within ten (10) days of the entry of this Order, shall delete and remove the Photographs from all locations where the Photographs have been stored or made available, including its social media platforms, files, databases, and accounts.

3. ABG, within ten (10) days of the entry of this Order, shall notify in writing all of its licensees and partners that have used the Photographs of the provisions of this Order and inform such licensees and partners that they may no longer use, distribute, reproduce, or prepare derivative works of the Photographs, and that the licensee and partner must destroy and delete all copies of the Photographs.

4. ABG, within thirty (30) days of the entry of this Order, shall certify in a written undertaking filed with the Court that it has taken the steps required in sections (2) and (3).

5. Plaintiffs may pursue future violations of the injunction should any occur.

6. Willful violation of this Order for Permanent Injunction or any other of this Court's orders may subject any person who commits such an act to sanctions for contempt of this Court. Any violation of this Order for Permanent Injunction will result in immediate issuance of an order to show cause for service on the violator, who after appropriate hearings and findings, will be dealt with according to the sanctions provided by law.

7. This Court shall retain jurisdiction of this action for all purposes, including without limitation, all proceedings involving the enforcement of this Order and Permanent Injunction.

8. Electronic service of this Order on the Defendants' counsel shall be deemed as providing Defendants with actual knowledge of the terms of this Order for enforcement purposes.

Dated: New York, New York

AUG 1 2 2025.

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge