UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>       Plaintiff,<br><br>    v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a "ROOTS OF FIGHT;" and DOES 1-10,<br><br>       Defendants. | Civil Action No. 1:18-CV-08770 (GBD)<br><br>Civil Action No. 1:20-CV-07113 (GBD)<br><br>Hon. George B. Daniels |

**PLAINTIFF MICHAEL GAFFNEY'S NOTICE OF MOTION FOR
PRE-JUDGMENT AND POST-JUDGMENT INTEREST**

PLEASE TAKE NOTICE that Plaintiff Michael Gaffney ("Gaffney" or "Plaintiff"), by his attorneys, Glaser Weil Fink Howard Jordan & Shapiro LLP and Spinella Law Group, LLC, shall move this Court, before Hon. George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 1310, New York, New York 10007, on a date and at a time to be set by the Court, for an order awarding Gaffney pre-judgment and post-judgment interest in this matter. Gaffney is concurrently filing a Memorandum of Law in support of his motion.

Date: August 22, 2025

Respectfully submitted,

By: ___/s/ Robert E. Allen___
    Robert E. Allen (*pro hac vice*)
    Jason C. Linger (*pro hac vice*)
    Glaser Weil Fink Howard Jordan &
     Shapiro LLP
    10250 Constellation Blvd., 19th Fl.
    Los Angeles, CA 90067
    Telephone: (310) 282-6280
    rallen@glaserweil.com
    jlinger@glaserweil.com

    Jack Spinella
    Spinella Law Group, LLC
    425 Madison Avenue
    New York, New York 10123
    Telephone: (908) 947-2336
    jspinella@spinellalawgroup.com

    *Attorneys for Plaintiff*
    *Michael Gaffney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

*/s/ Robert E. Allen*
Robert E. Allen