UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>                  Plaintiff,<br><br>-against -<br><br>MUHAMMAD ALI ENTERPRISES LLC,<br>a New York Limited Liability Company,<br>AUTHENTIC BRANDS GROUP LLC,<br>a New York Limited Liability Company, ROOTS OF, INC., a California corporation d/b/a "ROOTS OF FIGHT;" and DOES 1-10,<br><br>                  Defendants. | Civil Action Nos. 1:18-cv-08770-GBD-OTW<br>                        1:20-cv-07113-GBD-OTW<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Eva M. Sullivan of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of Defendants **MUHAMMAD ALI ENTERPRISES LLC** and **AUTHENTIC BRANDS GROUP LLC.** All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 8, 2025

                                            **MEISTER SEELIG & FEIN PLLC**

                                            By: /s/ Eva M. Sullivan
                                                 Eva M. Sullivan, Esq.
                                          125 Park Avenue, 7th Floor
                                          New York, New York 10017
                                          Tel: (212) 655-3500
                                          Email: ems@msf-law.com

                                          *Attorney for Defendnats Muhammad Ali Enterprises LLC and Authentic Brands Group LLC*