IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GAFFNEY,<br><br>        Plaintiff,<br><br>v.<br><br>MUHAMMAD ALI ENTERPRISES LLC, a New York Limited Liability Company; AUTHENTIC BRANDS GROUP LLC, a New York Limited Liability Company; ROOTS OF, INC., a California corporation d/b/a/ "ROOTS OF FIGHT;" and DOES 1-10,<br><br>        Defendants. | Civil Action Nos.  1:18-cv-08770-GBD-OTW<br>                             1:20-cv-07113-GBD-OTW<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants Muhammad Ali Enterprises LLC and Authentic Brands Group LLC (collectively, "Defendants-Appellants"), by their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in these actions by the Honorable George B. Daniels, United States District Court Judge for the Southern District of New York, on August 12, 2025 (ECF No. 353), and from the portions of all orders, rulings, and findings underlying the Judgment that were adverse to Defendants-Appellants, including but not limited to the Memorandum Decision and Order entered by Judge Daniels on July 10, 2025 (ECF No. 352) on the grounds of: (i) Photograph Ali-12 is not eligible for statutory damages; (ii) the jury's finding of willfulness, which allowed it to award $150,000 in statutory damages per photograph, was unsupported by the evidence; and (iii) the jury was not properly instructed on the relevant factors to weigh in awarding statutory damages, and its consequent award of the maximum amount of $150,000 per photograph was grossly excessive.

Dated: New York, New York
September 10, 2025

**MEISTER SEELIG & FEIN PLLC**

By: */s/ Edmund J. Ferdinand, III*
Edmund J. Ferdinand, III
Kevin A. Fritz
Eva Marie Sullivan
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: jed@msf-law.com

*Attorneys for Defendants-Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties through the Court's electronic case filing system.

By: */s/ Edmund J. Ferdinand, III*
Edmund J. Ferdinand, III
