**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

MICHAEL GAFFNEY,                              :
                                             :
                  Plaintiff,                  :
     -against-                                :                ORDER
                                             :
MUHAMMAD ALI ENTERPRISES LLC;                 :        20 Civ. 7113 (GBD)(OTW)
AUTHENTIC BRANDS GROUP LLC; ROOTS OF,         :        18 Civ. 8770 (GBD)(OTW)
INC., d/b/a ROOTS OF FIGHT; and DOES 1-10,    :
                                             :
                  Defendants.                 :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

GEORGE B. DANIELS, United States District Judge:

In light of the bond posted at ECF No. 247, Plaintiff's application for a Writ of Execution

(ECF No. 244) is denied.  The Clerk of Court is hereby directed to close the open motions at ECF

Nos. 245 and 248.

Dated: **FEB 0 3 2026**                       SO ORDERED.
New York, New York

_George B. Daniel_
GEORGE B. DANIELS
United States District Judge