**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MICHAEL GAFFNEY,                                    :
                                                    :
                        Plaintiff,                  :            18-CV-8770 (GBD) (OTW)
                                                    :            20-CV-7113 (GBD) (OTW)
                -against-                            :
                                                    :            **ORDER TO STRIKE**
MUHAMMAD ALI ENTERPRISES LLC, et al.,               :
                                                    :
                        Defendants.                 :
                                                    :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court's report and recommendation entered the incorrect amount recommended

for total fees in its report. (*See* ECF 401). Accordingly, the Clerk of the Court is respectfully

directed to strike ECF 400 (18-cv-8770) and ECF 269 (20-cv-7113).

        **SO ORDERED.**

                                                    _s/ Ona T. Wang_
Dated: March 2, 2026                                      **Ona T. Wang**
        New York, New York                          United States Magistrate Judge